| | |
|---|---|
| 1 | |
| 2 | |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| MAUREEN WILBUR, | CASE NO. 2:23-cv-01884-LK |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 12. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 15th day of May, 2024.

*[Signature: Lauren King]*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1